# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | |
|---|---|
| ANGI SONIA BOSCHIAZZO FERRIOL,<br>VANESA ELIZABETH LE ROSE,<br>YULIANA YENITH ALVAREZ BENITEZ,<br>EDYTA MAGDALENA MALEK,<br>*and all others similarly situated under 29 U.S.C. 216(b)*,<br><br>        Plaintiffs,<br>  vs.<br><br>PARRILLADA LAS VACAS GORDAS INC., d/b/a LAS VACAS GORDAS/THE FAT COWS,<br>LUIS GAJER, ROSIMERY GAJER,<br><br>        Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## SUMMONS IN A CIVIL ACTION

To: (Defendant's name and address)
PARRILLADA LAS VACAS GORDAS, INC. d/b/a LAS VACAS GORDAS/THE FAT COWS
Registered Agent: Gerald K. Schwartz
1111 Lincoln Road, Suite 400
Miami Beach, FL 33139

A lawsuit has been filed against you.

     Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

        J.H. Zidell, Esq.
        J.H. Zidell P.A.
        300 71ST Street, Suite 605
        Miami Beach, Florida 33141

     If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

                                                                          *CLERK OF COURT*

Date: _____                          _____

# UNITED STATES DISTRICT COURT

for the
Southern District of Florida

ANGI SONIA BOSCHIAZZO FERRIOL, )
VANESA ELIZABETH LE ROSE, )
YULIANA YENITH ALVAREZ BENITEZ, )
EDYTA MAGDALENA MALEK, )
*and all others similarly situated under 29* )
*U.S.C. 216(b)*, )
)
        Plaintiffs, )
  vs. )
)
PARRILLADA LAS VACAS GORDAS )
INC., d/b/a LAS VACAS GORDAS/THE )
FAT COWS, )
LUIS GAJER, ROSIMERY GAJER, )
)
        Defendants. )
)

## SUMMONS IN A CIVIL ACTION

To: (Defendant's name and address)
LUIS GAJER
933 Normandy Drive
Miami Beach, FL 33141

A lawsuit has been filed against you.

    Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

        J.H. Zidell, Esq.
        J.H. Zidell P.A.
    300 71ST Street, Suite 605
    Miami Beach, Florida 33141

    If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____          _____

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

ANGI SONIA BOSCHIAZZO FERRIOL, )
VANESA ELIZABETH LE ROSE, )
YULIANA YENITH ALVAREZ BENITEZ, )
EDYTA MAGDALENA MALEK, )
*and all others similarly situated under 29* )
*U.S.C. 216(b)*, )
               Plaintiffs, )
   vs. )
 )
PARRILLADA LAS VACAS GORDAS )
INC., d/b/a LAS VACAS GORDAS/THE )
FAT COWS, )
LUIS GAJER, ROSIMERY GAJER, )
               Defendants. )
_____ )

## SUMMONS IN A CIVIL ACTION

To: (Defendant's name and address)
ROSIMERY GAJER
933 Normandy Drive
Miami Beach, FL 33141

A lawsuit has been filed against you.

     Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

               J.H. Zidell, Esq.
               J.H. Zidell P.A.
          300 71ST Street, Suite 605
          Miami Beach, Florida 33141

     If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

                                                       *CLERK OF COURT*

Date: _____                         _____